**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
ENRIQUE RODRIGUEZ

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ENRIQUE RODRIGUEZ,<br><br>　　　　Defendant | Case No.:12-CR-000418-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND KATHLEEN SERVATIUS, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, ENRIQUE RODRIGUEZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday, August 12, 2013 be continued to Monday, September 23, 2013.

　　I am requesting a continuance in order to conduct further investigation in this matter. I have spoken to AUSA Kathleen Servatius, she has no objection to continuing the Status Conference.

Summary of Pleading - 1

**The defendant is willing to continue excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 8/8/13                                         */s/ David A Torres*___
                                                      DAVID A. TORRES
                                                      Attorney for Defendant
                                                      Enrique Rodriguez

DATED:8/8/13                                          */s/Kathleen Servatius*___
                                                      KATHLEEN SERVATIUS
                                                      Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the 4th Status Conference hearing be continued from August 12, 2013 to September 23, 2013 at 1:00 P.M. before Judge McAuliffe.

Dated:   August 8, 2013                    /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE