**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
ENRIQUE RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ENRIQUE RODRIGUEZ,<br><br>　　　　Defendant | ) Case No.: Case No.12-CR-00418 AWI-BAM<br>)<br>) **DEFENDANTS REQUEST AND WAIVER**<br>) **OF APPEARANCE; ORDER**<br>)<br>)<br>)<br>)<br>) |

Defendant, ENRIQUE RODRIGUEZ, hereby waives his appearance in person in open court upon the Status Conference hearing set for Monday, October 28, 2013 in Courtroom 8 of the above entitled court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 10/24/13                                             */s/Enrique Rodriguez*_____
　　　　　　　　　　　　　　　　　　　　　　　　　ENRIQUE RODRIGUEZ

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant ENRIQUE RODRIGUEZ is hereby excused from appearing at this court hearing scheduled for Monday, October 28, 2013.

IT IS SO ORDERED.

Dated:   **October 24, 2013**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE