**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
ENRIQUE RODRIGUEZ

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: Case No. 1:12-CR-00418 AWI-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER TO FILE MOTION BEYOND DESIGNATED FILING DATE** |
| ENRIQUE RODRIGUEZ, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND THE UNITED STATES ATTORNEYS OFFICE:

IT IS HEREBY STIPULATED between AUSA Kathleen Servatious and Defense Counsel, David A. Torres, that the Motions due date be extended from December 13, 2013 to December 17, 2013.

//

//

//

//

Summary of Pleading - 1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 12/12/13                                         */s/ David A Torres*
                                                                           DAVID A. TORRES
                                                                           Attorney for Defendant
                                                                           Enrique Rodriguez


DATES: 12/12/13                                         */s/Kathleen Servatious*
                                                                           KATHLEEN SERVATIOUS
                                                                           Assistant U.S. Attorney


# ORDER

**IT IS SO ORDERED** that counsel be allowed to file the above referenced motion beyond the designated filing date December 17, 2013.

IT IS SO ORDERED.

Dated:   December 12, 2013                        _____
                                                                      SENIOR  DISTRICT  JUDGE