**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
ENRIQUE RODRIGUEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>ENRIQUE RODRIGUEZ,<br><br>           Defendant | ) Case No.: Case No. 12-CR-00418 AWI-BAM<br>)<br>)<br>) **STIPULATION AND ORDER TO MOVE**<br>) **HEARING**<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY ISHII AND KATHLEEN SERVATIUS, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, ENRIQUE RODRIGUEZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Motion Hearing currently set for Monday, March 24, 2014 be taken off calendar and a Status Conference be set on March 24, 2014 in front of the Honorable Magistrate Barbara McAuliffe.

   Neither defense counsel nor the AUSA have filed motions in this case.  I believe that this case can reach a disposition at the time of the status conference.  I have spoken to AUSA Kathleen Servatius, and she has no objection to the setting of a Status Conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 3/4/14                                    */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
[DEFENDANTS NAME]


DATED:3/4/14                                    */s/Kathleen Servatius*
KATHLEEN SERVATIUS
Assistant U.S. Attorney


# ORDER

**IT IS SO ORDERED** that the Motion Hearing before Judge Ishii on March 24, 2014 is taken off calendar and a 6th Status Conference is set on March 24, 2014 at 1:00 PM before Judge McAuliffe.  Time is excluded justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

IT IS SO ORDERED.

Dated:   **March 5, 2014**                    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE