1  **DAVID A. TORRES AND ASSOCIATES**
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (6610326-0857
   Fax: (661)326-0936
4  Email: lawtorres@aol.com

5  Attorney for:
   Enrique Rodriguez
6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT of CALIFORNIA
9

10 
   UNITED STATES OF AMERICA,           ) Case No.: Case No.12-CR-00418AWI-BAM
11                                      )
                                        )
12         Plaintiff,                   ) **STIPULATION AND ORDER TO**
                                        ) **CONTINUE STATUS CONFERENCE**
13     vs.                              )
                                        )
14 ENRIQUE RODRIGUEZ,                   )
                                        )
15         Defendant                    )

16 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

17 BARBARA A. MCAULIFFE AND KATHLEEN ANNE SERVATIUS, ASSISTANT UNITED

18 STATES ATTORNEY:

19     **COMES NOW** Defendant, ENRIQUE RODRIGUEZ, by and through his attorney of

20 record, DAVID A. TORRES hereby requesting that the Status Conference currently set for

21 Monday, March 24, 2014 be continued to Monday, April 28 2014.

22     The continuance is needed in order to conduct further investigation and a possible

23 resolution in this matter.  I have spoken to AUSA Kathleen Servatius, and she has no objection

24 to continuing the Status Conference.

25     The parties also agree the delays resulting from the continuance shall be excluded in the
   interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

//

**IT IS SO STIPULATED.**

                                              Respectfully Submitted,

DATED:3/19/14                                */s/ David A Torres*
                                                DAVID A. TORRES
                                                Attorney for Defendant
                                                MARCO ANTONIO GRANADOS

DATED:3/19/14                                */s/Kathleen Servatius*
                                                KATHLEEN SERVATIUS
                                                Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the 6th Status Conference hearing be continued from March 24, 2014 to April 28, 2014 at 1:00 PM before Judge McAuliffe.  Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:  **March 20, 2014**                    /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE