IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ENRIQUE RODRIGUEZ,<br><br>                    Defendant. | CASE NO.  1:12-CR-000418 AWI-BAM<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO SUPPRESS<br><br>DATE: July 21, 2014<br>TIME: 10:00 a.m.<br>COURT: Hon. Anthony W. Ishii |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant ENRIQUE RODRIGUEZ, by and through his attorney of record, DAVID A. TORRES, having stipulated to continue the hearing on the defendant's motion to suppress (originally set for July 21, 2014) to the date of August 4, 2014 at 10:00 a.m., and further agreeing that the government's response to the defendant's motion shall be filed on or before July 7, 2014, and any reply by the defendant be filed on July 21, 2014;

IT IS SO ORDERED.

IT IS FURTHER ORDERED that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 21, 2014 to August 7, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:   June 26, 2014                                    _____
                                                                           SENIOR  DISTRICT  JUDGE