IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      v.<br><br>ENRIQUE RODRIGUEZ,<br><br>                      Defendant. | CASE NO. 1:12-CR-000418 AWI-BAM<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO SUPPRESS<br><br>DATE: August 18, 2014<br>TIME: 10:00 a.m.<br>COURT: Hon. Anthony W. Ishii |

      The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant ENRIQUE RODRIGUEZ, by and through his attorney of record, DAVID A. TORRES, having stipulated to continue the hearing on the defendant's motion to suppress (currently set for August 18, 2014) to the date of September 15, 2014 at 10:00 a.m., and further agreeing that the government's response to the defendant's motion shall be filed on or before August 25, 2014, and any reply by the defendant be filed on September 2, 2014;

      IT IS SO ORDERED.

      IT IS FURTHER ORDERED that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 18, 2014 to September 15, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:  August 14, 2014                               _____
                                                             SENIOR  DISTRICT  JUDGE