**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
ENRIQUE RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE RODRIGUEZ,<br><br>Defendant | Case No. 1:12-cr-00418-AWI-BAM-1<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION AND TRIAL DATE**<br><br>Trial Confirmation: May 26, 2015<br>Trial Date: June 9, 2015 |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND KATHLEEN SERVATIUS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ENRIQUE RODRIGUEZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Trial Confirmation currently set for Tuesday, May 26, 2015 be continued to Monday, September 8, 2015 and Trial be rescheduled to September 21, 2015 or a date convenient to the court and all counsel.

I am currently in trail in the matter of *People v. Spencer Rogers, BF152669A*. Mr. Rogers is charged with one count of murder and three counts of attempted murder as well as gang enhancements. This matter was sent to trial on May 4, 2015 as of yesterday we concluded arguing in liminies. Jury selection begins today and counsel anticipates having a jury selected by

Friday, May 29, 2015.  Testimony will begin on Monday and will conclude by July 10, 2015. Counsel has subpoenaed approximately fifty witnesses in this case, as such I am not prepared to proceed with Trial Conformation on the scheduled date.

Upon completion of this trial I am scheduled to commence two additional trials that are estimated to last five weeks each. I anticipate being ready in September of 2015

My client is prepared to exclude time, in addition we are attempting to resolve this matter in the meantime.

I have spoken to AUSA Kathleen Servatius, and she has no objection to continuing the Trial Confirmation and Trial.

Time is to be excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.  Good cause exists for the continuance for the reasons stated and due to the unavailability of counsel to ensure continuity of counsel.

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 5/21/15                              */s/ David A Torres*         ___
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            ENRIQUE RODRIGUEZ


DATED: 5/21/15                              */s/KATHLEEN SERVATIUS* __
                                            KATHLEEN SERVITIUS
                                            Assistant U.S. Attorney

///

///

# ORDER

The Trial Confirmation as to Enrique Rodriguez is continued to September 8, 2015, at 10:00am, and the Jury Trial is continued to **September 29, 2015**, at 8:30am in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   May 21, 2015                              _____
                                                   SENIOR  DISTRICT  JUDGE