**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
Enrique Rodriguez

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>    vs. )<br>)<br>ENRIQUE RODRIGUEZ, )<br>)<br>        Defendant )| Case No.: Case No.12-CR-00418-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHOYN W. ISHII AND KATHLEEN ANNE SERVATIUS, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, ENRIQUE RODRIGUEZ, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Sentencing currently set for Monday, November 23, 2015 be continued to Monday, November 30, 2015.

   I am beginning trial in the matter of *People v. Jonathan Quevedo, BM868246A*, in Kern County Superior Court.  This trial in anticipated to last approximately three days.  I have spoken to AUSA Kathleen Servatius, and she has no objection to continuing the sentencing to November 30, 2014.  In the event the trial has not completed, one of my associates will be prepared to proceed with sentencing.

Summary of Pleading - 1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

//

**IT IS SO STIPULATED.**

                                            Respectfully Submitted,

DATED: 11/18/15                              */s/ David A Torres*
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            ENRIQUE RODRIGUEZ

DATED: 11/18/15                              */s/Kathleen Servatius*
                                            KATHLEEN SERVATIUS
                                            Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the sentencing hearing be continued to November 30, 2015 2015.

IT IS SO ORDERED.

Dated:   November 19, 2015                                    _____
                                                                SENIOR DISTRICT JUDGE